**JASON R. MISCHEL, ESQ.**
201 E. 19th Street, Suite 5L
New York, New York 10003
(646) 807-9220
jrm@jrmlegalresearch.com
www.jrmlegalresearch.com
Admitted to Practice:  New York, New Jersey,
United States District Court, Eastern District of New York
United States District Court, Southern District of New York
United States District Court, District of New Jersey
United States Court of Appeals, District of Columbia Circuit

December 22, 2023

<u>VIA ECF FILING</u>

The Honorable Arun Subramanian, USDJ
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York  10007

      RE:    **Hongmian Gong v. Lerone Savage**
               **Civil Action No. 1:23-cv-07355-AS**

Dear Judge Subramanian:

     I am attorney for Defendant in the above referenced action and am submitting this Letter Motion pursuant to your Rules for an extension of time for Defendant to file his response to Plaintiff's First Amended Complaint filed on December 19, 2023 (ECF 26).  There have been no previous requests for this relief.  Given that the response is due on January 2, 2024 and I am currently traveling until after the new year, I require this extension.  <u>Opposing counsel has consented to extending the time to respond to the Complaint to January 19, 2024.</u>  The next scheduled appearance is a remote conference on January 5, 2024 at 11am.

     Thank you for your consideration.

Application granted. Defendant must respond to the complaint by January 19, 2024. The conference currently scheduled for January 5 is hereby ADJOURNED to January 26, 2024, at 9:30 AM. The dial-in information remains the same. The Clerk of Court is directed to terminate Dkts. 23 and 27.

Respectfully yours,

*/s/ Jason R. Mischel*

Jason R. Mischel

SO ORDERED.

*/s/ Arun Subramanian*

Arun Subramanian, U.S.D.J.
Date: December 27, 2023

1

cc:  Robert D. Katz, Esq. (VIA ECF FILING AND EMAIL)