UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HONGMIAN GONG,<br><br>      Plaintiff,<br><br>  -against-<br><br>LERONE SAVAGE,<br><br>      Defendant. | 23-CV-7355 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's August 31st Order, ECF No. 10, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in the Order, no later than January 18, 2024. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to January 24, 2024.

  SO ORDERED.

Dated: January 23, 2024
   New York, New York

                     _____
                     ARUN SUBRAMANIAN
                     United States District Judge