UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HONGMIAN GONG,<br><br>                       Plaintiff,<br><br>     -against-<br><br>LERONE SAVAGE,<br><br>                       Defendant. | 23-CV-07355 (AS)<br><br>Order |

ARUN SUBRAMANIAN, United States District Judge:

       The Court has received the parties' letters. Dkts. 41, 42. The Court will hold a settlement conference on February 27, 2024, at 1:00 PM. Clients should attend in person. The parties should discuss in advance to determine whether there is any objection to each side having *ex parte* discussions with the Court as part of these discussions. If there is an objection, the parties should simply tell the Court that there is not agreement, without indicating the party that objected. The merits of the case will not be discussed in these *ex parte* discussions.

       As for the EDNY case, the parties should, if they can agree, submit an appropriate motion to transfer the case to this Court in the interest of conserving judicial resources across two districts.

       SO ORDERED.

Dated: February 9, 2024
       New York, New York

                                                       ARUN SUBRAMANIAN
                                                       United States District Judge