UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HONGMIAN GONG,<br><br>                     Plaintiff,<br><br>      -against-<br><br>LERONE SAVAGE,<br><br>                    Defendant. | 23-CV-07355 (AS)<br><br>Order |

ARUN SUBRAMANIAN, United States District Judge:

      As a reminder, the Court will hold a joint settlement conference and hearing on the motion to dismiss on February 27, 2024, at 1:00 PM in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY. Both Hongmian Gong and Lerone Savage should attend. Plaintiff should be prepared to demonstrate at the hearing what the copyrighted material is, and where that material is reflected in the thesis at issue. The copyrighted materials and thesis should be brought to the Court.

      SO ORDERED.

Dated: February 23, 2024
       New York, New York

                                                            ARUN SUBRAMANIAN
                                                            United States District Judge