UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HONGMIAN GONG,<br><br>       Plaintiff,<br><br>  -against-<br><br>LERONE SAVAGE,<br><br>       Defendant. | 23-CV-07355 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  As discussed at today's conference, the motion to dismiss is denied as moot. Dkt. 29. Plaintiff may file an amended complaint by March 19, 2024.

  The Clerk of Court is directed to terminate the motion at Dkt. 29.

  SO ORDERED.

Dated: February 28, 2024
   New York, New York

                    ARUN SUBRAMANIAN
                    United States District Judge