# LAW OFFICES OF
# ALBERT WAI-KIT CHAN, PLLC

141-07 20TH AVENUE SUITE 408
WHITESTONE, NY 11357

TEL: (718) 799-1000
FAX: (718) 357-8552
CHANK@KITCHANLAW.COM

October 3, 2024

**Via ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re: *Hongmian Gong v. Lerone Savage,* 23-CV-07355 (AS)

Dear Judge Subramanian,

    Plaintiff hereby respectfully requests a two-day extension of time for both parties to file the letters requested by this Court in its Order dated October 3, 2024 (the "Order") (ECF No. 71). Currently, the parties have until October 7, 2024, to file separate letters answering the questions posed in the Order. Given that the Court requires requests for extensions of time to be filed at least two business days before the deadline, this letter motion is being timely filed.

    As of this letter motion's filing, Plaintiff has made no previous requests for an extension of time to file a letter pursuant to the Order. Plaintiff's counsel requests this extension because the member of our firm handling this case is observing the religious holiday Rosh Hashanah through October 4, 2024. Defendant's counsel has consented to this request for an extension of time. The parties' next deadline is the filing of these letters by October 7, 2024.

    Accordingly, Plaintiff's counsel respectfully requests that the due date for both parties to file their letters pursuant to the Order be extended by two days until October 9, 2024. Thank you for your consideration.

Respectfully submitted,

By: /s/ Albert Wai-Kit Chan
Albert Wai-Kit Chan, Esq.
Robert D. Katz, Esq.
*Attorneys for Plaintiff*
World Plaza, Suite 408
141-07 20th Avenue
Whitestone, NY 11357
(718) 799-1000
Chank@kitchanlaw.com

SO ORDERED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 72.

Arun Subramanian, U.S.D.J.
Date: October 4, 2024

1